IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME L. GRIMES, | ) | No.    C 13-2226 JSW (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| GERALD, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the order of dismissal entered today, judgment is hereby entered in favor of Defendants.

IT IS SO ORDERED.

DATED:  June 28, 2013

_____
JEFFREY S. WHITE
United States District Judge

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

JEROME GRIMES,

Case Number: CV13-02226 JSW

Plaintiff,

7

**CERTIFICATE OF SERVICE**

v.

8

MARTIN et al,

9

Defendant.

10

_____/

11

12

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13

14

That on June 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17

Jerome L. Grimes
Napa State Hospital

18

#206586-0/ Unit Q-1 & 2
2100 Napa Vallejo Highway

19

Napa, CA 94558

20

Dated: June 28, 2013

*Jennifer Ottolini*

21

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28